IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ALABAMA AT BIRMINGHAM

DOCK BATTLES,
    Plaintiff,

V.                                    42 U.S.C. 1983,
                                      1985, 1986
MATHEW WADE,
SHERIFF CALHOUN COUNTY
    Defendant,

COMPLAINT FOR VIOLATION
OF CIVIL RIGHTS 42 U.S.C.
1983

## PARTIES

MATTHEW WADE IS THE SHERIFF OF CALHOUN ALABAMA AND THE DEFENDANT HEREIN.

DOCK BATTLES IS AN INMATE AT THE CALHOUN COUNTY JAIL AND THE PLAINTIFF HEREIN.

## COMPLAINT

THIS IS AN 42 U.S.C. 1983, 1985, 1986 COMPLAINT ALLEGING FLAGRANT AND

-1-

INTENTIONAL VIOLATIONS OF THE PLAINTIFF CONSTITUTIONAL RIGTS PURSUANT TO THE 1ST, 4TH, 5TH, 8TH AND 14TH AMENDMENTS TO THE UNITED STATES CONSTITUTION, CONSPIRACY TO VIOLATE CONSTITUTIONAL RIGHTS, AND FAILURE TO PREVENT A VIOLATION OF SAME, ALL WHILE ACTING IN THE NAMED DEFENDANT(S) HEREIN INDIVIDUAL AND OFFICIAL CAPACITIES" UNDER THE COLOR OF STATE LAW."

### CONSTITUTIONAL VIOLATIONS

### a

### MASSIVE ILLEGAL INCARCERATION

THE PLAINTIFF WOULD RESPECTFULLY SET FORTH THAT HE IS PRESENTLY BEING HOUSED IN THE CALHOUN CO. JAIL BY NAMED DEFENDANT BY VIRTUE OF ILLEGAL PROCESS WITHOUT PROBABLE CAUSE AS WELL AS APPROXIMATELY 99% OF THE INMATES HEREOF. (COMPLAINT AFFIDAVIT(S) BARREN OF AN INDICIA OF PROBABLE CAUSE.

### B.

### UNCONSTITUTIONAL LIVING CONDITIONS (HOUSINGS)

THE PLAINTIFF WOULD RESPECTFULLY SET FORTH THAT THE CALHOUN CO. JAIL IS PRE-

- 2. -

sently 95% "BLACK MOLD" contaminated ie walls, showers, cells, windows, floors, ceilings creating substantial health risks to healthy inmates, and aggravating pre-existing health conditions for inmates who already labor with "death threatening diseases ie. hypertension, diabetes, heart conditions, breathing conditions ect. It should also be noted that the "Black Mold" is "flagrantly conspicuous" throughout the jail. The plaintiff presently suffers from and is being treated for acute Hypertension

2 OF B

"LIVING CONDITIONS" CONT.

The plaintiff would further set forth that due to the unconstitutional level of "overcrowding he is forced to sleep on the floor along with five other inmates in a cell designed for two frequently from 12 to 24 hrs daily for disciplinary purposes and routine housing without due process. U.S. Const. Amend. 5, 14

C.

DENIAL ACCESS TO THE COURTS

The defendant Sheriff Matthew Wade does not only fail to provide his charges at the Calhoun Co. Jail "adequate access to the courts"

- 3 -

Trial Practice and Procedures, Federal Criminal Codes, Federal Supplements, Federal Reporters 2d, 3d Editions, Supreme Court Reporters, Corpus Juris Secundums, American Jurisprudence, Photostat copying, Notary services, civil complaint forms (Federal or State). The plaintiffs requests for such access has been met with lies, hostility and threats of disciplinary actions or in the alternative with references to the "silver box" located inside the dorm area (a computer) which charges +indigent pro se litigant 30 cent or more a minute to search and only results in the "Referral to private attorneys".

## D.

### Jail Constitutional Charges and Fees

The Defendant Sheriff Matthews has converted the Calhoun Co. Jail into on Sechshi illegal, oppressive criminal Enterprise by arbitrarily and capriciously employing computers and other mechanical devices to extract funds from inmates accounts and family members without "due process" fees

AND WITHOUT NOTICE TO-WIT:

a.) 30¢ To $1.00 A MINUTE FOR A USELESS WEB SITE THAT SUPPOSEDLY PROVIDES THE PRO SE LITIGANT AND OTHER IN-MATES TO "ADEQUATE ACCESS TO THE COURTS" i.e LAW LIBRARY ACCESS, PHOTO-STAT COPYING, FORMS, AL REPORTERS, ect — BUT THE SOLE ACTUALLY FUNC- TIONING ARE REFERRALS (PRIVATE ATTORNEYS)

(b.) 30% OF ANY FUNDS PLACED ON INMATES ACCOUNTS OR $3.00 FEE (RECEPTIVE)

(c.) $3.00 FEE FOR FAMILY MEMBERS TO PLACE FUNDS ON INMATE PHONE ACCOUNTS

(d.) 30 CENT A MINUTE FOR LOCAL PHONE CALLS IN ADDITION THERETO.

(e.) UNREGULATED, NON-COMPETITIVE ILLE- GAL ASTRONOMICAL "PRICE FIXING" OF STORE ITEMS IN ORDER TO EXTRACT FUNDS FROM INMATES AND FAMILY MEMBER BY DOUBLE AND TRIPLE CHAR- GING OF STORE ITEMS, WITH NO O- THER LOGICAL EXPLANATION EXCEPT GREED AND SERVITUDE SLAVERY.

### E.
### Illegal Censorship of Outgoing/Incoming Mail.

The Plaintiff would respectfully set forth that due to his futile attempts to aggrieve the allegations/claims herein, the Defendant Sheriff and his agents have denied the Plaintiff access to any and all access to any case laws, citations, authorities ect from family member. Further the Defendant Sheriff and his agents have hampered and impeded on his access to the Courts by refusing the certification or proof of service of any and all outgoing legal mail and by the destruction, "intentional loss of all "outgoing" legal mail by the Plaintiff.

### F.
### Inadequate/Ineffective Grievance Process

The Plaintiff would respectfully set forth that the "alleged grievance" process at the Calhoun Co. Jail does not provide inmates with a full, fair exhaustive/corrective process to adequately address any of the aforementioned

— 6 —

claims alleged herein this system is also based on a "one step" computerized system whereas several links are accessible ie "Notary", "Grievances", "Inquiry", "Investigations", Chaplain ect. However, the "one step process" begins and is concluded by a "Response from some undisclosed subordinate officer's promise to resolve the matter specifically matters regarding law library access, the notorization of document(s), the certification of mail/proof of service, the unconstitutional living conditions ie "Black Mold Exposure, censorship/destruction of outgoing/incoming mail goes un-addressed by said subordinate officer, usually Sargeant Whiteside and the grievance procedure stops their. There are no appeals, no administrative reviews. If an inmate is persistent, he is threaten with disciplinary action. Such as the plaintiff herein, and subsequently "prohibited from useage of any given "link" and officially labeled an "ass-hole". U.S. Const. Amends- 4, 5, 14.

## Relief Requested

1.) That for good cause shown this distinguished and most honorable court issue

A Declaratory order that the actions and omissions of each name Defendant herein were perpetrated under the color of State law in their individual and official capacities in contravention to the rights afforded the Plaintiff(s) herein pursuant to the 1st, 4th, 5th, 14th Amends to the U.S. Const.

2.) That this distinguished court exercise it's supervisory powers and appointe counsel herein subsequent to declaring this matter a class action.

3.) That this honorable court grant the Plaintiff(s) herein injunctive relief.

4.) That this matter be given pro se liberal consideration.

5.) Punitive damages against each named Defendant as this court may deem just and proper.

6.) Compensatory damages against each named Defendant that this court may deem just and proper.

7. Any and all other relief that this honorable court deems just and proper.

Respectfully Submitted,

Dock Battles

Dock Battles, Pro Se
400 W. 8TH Street
Anniston, AL 36201

## Certificate of Service

I, Dock Battles, do hereby certify that I am unable to process the foregoing pursuant to the Federal Rules of Civil Procedures because of the oppressive, systematic denial of Plaintiff's Constitutional rights as alleged herein. Wherefore injunctive is especially pray for instanter: That the clerk of this court be "directed by this distinguished court or on its own accord afford your pro se the proper summons, process, in forma pauperis proceedings ect. In the event this "action" is not intercepted by the defendant herein or his agents.

It is so prayed this ___ day of ___ 2017.

Respectfully Submitted

Dock Battles

Dock Battles, Pro Se
400 W. 8th Street
Anniston, AL 36201